IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS ARNETT,                                                                                    PLAINTIFF
ADC #102277

v.                                          4:18CV00941-SWW-JTK

MARTIAN, et al.                                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of pertinent portions the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Jones, Grimes, and Kelley are DISMISSED from this action, without prejudice.

IT IS SO ORDERED this 6th day of March, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE