IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS ARNETT,                                                                 PLAINTIFF
ADC #102277

v.                        4:18CV00941-SWW-JTK

MARTIAN, et al.                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is dismissed without prejudice, for failure to prosecute.

IT IS SO ADJUDGED this 13th day of May, 2019.

                                       /s/Susan Webber Wright
                                       UNITED STATES DISTRICT JUDGE